UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 04-10021-PBS |
| | ) | |
| ELLSWORTH ROSTON | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 471 - |
| | ) | Making Counterfeit Obligations |
| | ) | 18 U.S.C. § 472 - |
| | ) | Uttering Counterfeit |
| | ) | Obligations |
| | ) | 18 U.S.C. § 474 - |
| | ) | Possession of Counterfeiting |
| | ) | Plates |
| | ) | 18 U.S.C. § 474 - |
| | ) | Possession of Counterfeit |
| | ) | Obligations |

## INDICTMENT

**COUNT ONE**: (18 U.S.C. § 471 - Making Counterfeit Obligations)

The Grand Jury charges that:

From on or about a date in 2001 to on or about March 31, 2003, at Quincy and elsewhere in the District of Massachusetts,

**ELLSWORTH ROSTON,**

defendant herein, did, with intent to defraud, falsely make, forge, and counterfeit various obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 471.

**COUNT TWO**: **(18 U.S.C. § 472 - Uttering Counterfeit Obligations)**

The Grand Jury further charges that:

In or about March 7, 2003, at Weymouth, in the District of Massachusetts,

**ELLSWORTH ROSTON,**

defendant herein, did, with intent to defraud, pass, utter, publish, and sell various falsely made, forged, and counterfeited obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 472.

**COUNT THREE**: (18 U.S.C. § 472 - Uttering Counterfeit Obligations)

The Grand Jury further charges that:

In or about March 7, 2003, at Weymouth, in the District of Massachusetts,

**ELLSWORTH ROSTON,**

defendant herein, did, with intent to defraud, pass, utter, publish, and sell various falsely made, forged, and counterfeited obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 472.

**COUNT FOUR**: (18 U.S.C. § 474 - Possession of Counterfeiting Plates)

The Grand Jury further charges that:

On or about March 31, 2003, at Quincy, in the District of Massachusetts,

**ELLSWORTH ROSTON,**

defendant herein, did knowingly have in his control, custody, and possession plates, stones, and other things made after and in the similitude of one or more plates, stones, and other things from which an obligation and other security of the United States has been printed, with intent to use such plate, stone, and other things, and to suffer the same to be used, in forging and counterfeiting various obligations and securities of the United States.

All in violation of Title 18, United States Code, Section 474.

**COUNT FIVE**: (18 U.S.C. § 474 - Possession of Counterfeit
    Obligations)

The Grand Jury further charges that:

In or about March 31, 2003, at Quincy, in the District of Massachusetts,

**ELLSWORTH ROSTON,**

defendant herein, did knowingly have in his possession and custody, without authority from the Secretary of the Treasury and any other proper officer, various obligations and other securities of the United States, made and executed, in whole and in part, after the similitude of obligations and other securities issued under the authority of the United States, with intent to sell and otherwise use the same.

All in violation of Title 18, United States Code, Section 474.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; Jan. 28th , 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK
1/28/04 at 1:15 PM