*United States District Court*
*Eastern District of California*
*1130 O Street, Room 5000*
*Fresno, CA 93721*
*(559) 498-7483*



April 8, 2004

US District Court
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

RE: USA vs. Ellsworth Roston
    MG-F-04-2071

Dear Clerk,

    Pursuant to order transferring the above captioned case to your court, dated 4/7/04, transmitted herewith are a certified copy of docket entries and original case file documents.

    Please acknowledge receipt of the above documents by endorsing the copy of this letter provided.

                              Sincerely,
                              Jack L. Wagner, Clerk

                              by: _____
                              J. Vasquez, Deputy Clerk

DATE RECEIVED: _____
NEW CASE NUMBER: _____

```
                        U.S. District Court
            EASTERN DISTRICT OF CALIFORNIA (Fresno)

         CRIMINAL DOCKET FOR CASE #: 04-M -2071-ALL

USA v. Roston                                              Filed: 04/06/04
Dkt# in other court: None


ELLSWORTH - ROSTON (1)          Ann Hardgrove Voris
     defendant                   [term   04/07/04]
  [term   04/07/04]              15594875950
                                 [COR LD NTC pda]
                                 United States Federal
                                 Defender's Office
                                 2300 Tulare Street
                                 Suite 330
                                 Fresno, CA 93721
                                 559-487-5561


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE
```

I hereby attest and certify on 4.8.04
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
JACK L. WAGNER
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____ Deputy

```
INTERNAL USE ONLY: Proceedings include all events.                TERMED
1:04m 2071-ALL USA v. Roston

ELLSWORTH - ROSTON

          defendant


==========================

USA

          plaintiff

U. S. Attorneys:

   NONE
```

## COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs ELLSWORTH ROSTON | Docket Number<br>Magistrate Case Number<br>MG-F-04-2071 (04-10021-PBS) |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

X INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF:   18   U.S.C. § SECTION 471,472,474

DISTRICT OF OFFENSE MASSACHUSETTS

DESCRIPTION OF CHARGES:

Making counterfeit obligations, uttering counterfeit obligations, possession of counterfeiting plates

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met

X   Government moved for detention and defendant detained after hearing in District of Arrest

__  Government moved for detention and defendant detained pending detention hearing in District of Offense

__  Other (specify)

Representation: __ Retained Counsel  X Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  X No   __ Yes   Language:

TO:  THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date: April 7, 2004

United States Judge or Magistrate

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT |
|---|---|
| DATE | UNITED STATES MARSHAL |

I hereby attest and certify on 4.8.04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
JACK L. WAGNER
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

FEB 04 2004 14:35 FR US J-MA WARRANTS    617 748 2579 TO    175655659    P.02

FILED
2004 APR -7 A 10:11
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
DEPUTY
BY_____

FILED
2004 APR -6 P 12:36
CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ELLSWORTH ROSTON

**WARRANT FOR ARREST**

CASE NUMBER: 04-10021-PBS

To: The United States Marshal
and any Authorized United States Officer    MF-04-2071

**YOU ARE HEREBY COMMANDED** to arrest _____Ellsworth Roston_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
making counterfeit obligations, uttering counterfeit obligations, possession of counterfeiting plates, and possession of counterfeit obligations

in violation of
Title _____18_____ United States Code, Section(s) 471, 472, 474

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____ by _____

Title of Issuing Officer
JAN 28 2004
Date and Location
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Taft Correctional Institution, Taft, CA |

| DATE RECEIVED 1/28/04 | NAME AND TITLE OF ARRESTING OFFICER Jason Blied U.S. Secret Service | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/5/04 | | |

at 11:00 AM

This form was electronically produced by Elite Federal Forms, Inc.

4

** TOTAL PAGE.02 **

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 07 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
    v.                       )
                             )   NO. M6F-04-2071
Ellsworth Roston             )
         Defendant,          )
                             )   **DETENTION ORDER**

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. §3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
✓ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
___ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Finding Of Fact</u>
The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
✓ (1) Nature and circumstances of the offense charged:
 ✓ (a) The crime: __18 USC 471, 472, 474 - Counterfeiting__
  __Out of Dist (Massachusetts) warrant__
 is a serious crime and carries a maximum penalty of _____.
 ___ (b) The offense is a crime of violence.
 ___ (c) The offense involves a narcotic drug.
 ___ (d) The offense involves a large amount of controlled substances, to wit: _____

✓ (2) The weight of the evidence against the defendant is high.
✓ (3) The history and characteristics of the defendant including:
 (a) General Factors:
  ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
  ✓ The defendant has no family ties in the area.
  ✓ The defendant has no steady employment.
  ✓ The defendant has no substantial financial resources.
  ✓ The defendant is not a long time resident of the community.
  ✓ The defendant does not have any significant community ties.
  ___ Past conduct of the defendant: _____

  ___ The defendant has a history relating to drug abuse.
  ✓ The defendant has a history relating to alcohol abuse.
  ✓ The defendant has a significant prior criminal record.
  ___ The defendant has a prior record of failure to appear at court proceedings.



WHITE COPY - FILED WITH THE COURT
PINK COPY - U.S. ATTORNEY
YELLOW COPY - DEFENSE COUNSEL
GREEN COPY - PRE TRIAL SERVICES

·DETENTION ORDER – Page 2

      (b) Whether the defendant was on probation, parole, or release by a court:
          At the time of the current arrest, the defendant was on:
          _____ Probation
          _____ Parole
          _____ Release pending trial, sentence, appeal or completion of sentence.
      (c) Other Factors:
          _____ The defendant is an illegal alien and is subject to deportation.
          _____ The defendant is a legal alien and will be subject to deportation if convicted.
          ✓ Other: _Just being released from Fed Prison._

_____ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: _____

_____ (5) <u>Rebuttable Presumptions</u>
      In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted:
    _____ a. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:
        _____ (A) A crime of violence; or
        _____ (B) An offense for which the maximum penalty is life imprisonment or death; or
        _____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or
        _____ (D) A felony after the defendant had been convicted of two or more prior offenses described in (A) through (C) above, <u>and</u> the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release.
    _____ b. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:
        _____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.
        _____ (B) That the defendant has committed an offense under 18 U.S.C. §924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D.   <u>Additional Directives</u>
    Pursuant to 18 U.S.C. §3142(i)(2)–(4), the Court directs that:
    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
        The defendant be afforded reasonable opportunity for private consultation with his counsel; and
        That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: _April 7, 2004_

_____
UNITED STATES MAGISTRATE

# UNITED STATES DISTRICT COURT
## Eastern District of California

MGST JUDGE **LAWRENCE J. O'NEILL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( ) O/R | DKT # __MG-F-04-2071__ |
| vs. | (XX) Custody | DATE: __4/7/04__ |
| **ELLSWORTH ROSTON** | ( ) Bond | TIME: __11:00__ (am/pm) |
| | ( ) Waiver | CLERK: __I. LIRA__ |
| | | C/R or TAPE# __ECRO__ |

**FILED APR 07 2004**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ATTORNEY for DEFENDANT: __A. Voris__
( ) Apt   ( ) Ret   (✓) Fed   ( ) Special Appearance

Interpreter _____          AUSA __K. Escobar__

*******************************************************

(✓) Defendant present with counsel   ( ) No appearance by defendant   ( ) counsel   ( ) B/W to issue, Bail $_____
( ) Matter continued to _____ at _____ am/pm before _____
    for _____
*******************************************************

( ) **FIRST APPEARANCE**:   ( ) Complaint   (✓) Out of Dist Warrant / Other : __Massachusetts__

Counsel to be:   (✓) Fed Def Appointed   ( ) to be Retained          ( ) Panel out   ( ) dft may have to reimburse re atty fees

(✓) **DETENTION HEARING**:
( ) Detention hearing waived
( ) Detention set for _____
     at _____ am/pm before _____

(✓) Reading of rights and Complaint: (✓) waived   ( ) read
(✓) **True name** is:  (✓) **Stated as charged**
    ( ) **Stated to be**: _____

(✓) Ordered detained
( ) Ordered released - see attached
( ) **BAIL REVIEW**

( ) Dft pleads **not guilty** / **guilty**, Rule 11 to _____
    ( ) Ct(s) _____ Dismissed

( ) Requests discovery & Ordered      by _____

*******************************************
( ) **PRELIMINARY HEARING**:
( ) **Prelim** set for _____
     at _____ am/pm before _____
( ) Prelim hrg waived
( ) Found Probable Cause and Held to Answer

( ) Dft is referred to P.O. & **SENTENCING** is set for:
    _____ at _____ am/pm
    before _____

( ) **TRIAL** set for _____ at _____ am/pm
    JT / CT   before _____
( ) T/C _____ at _____ am/pm

*******************************************
(✓) **OUT OF DISTRICT**:
(✓) Original case file to DISTRICT OF: __Massachusetts__
(✓) Dft Ordered transported to: __Dst of Massachusetts__
(✓) Waive I.D.

( ) **STATUS CONFERENCE**:   ( ) Held and/or
( ) set for _____ at _____ am/pm
    before _____

( ) **Motion Schedule**: Filed by _____   Response by _____
    Hearing on _____ at _____ am/pm before _____
    ( ) Excludable Time Ordered:   Start _____      Ends: ruling / hrg _____      Code: _____

*******************************************
( ) **PROBATION REVOCATION**:      Violations are: ( ) Admitted, Cts _____   ( ) Denied, Cts _____
( ) Waives Rights and further reading
( ) Set for further hearing on _____ at _____ am/pm before _____
( ) Evidentiary hearing: ( ) Heard   ( ) set for _____ before _____
( ) Probation revoked   Ordered _____ days/months/years custody
( ) AUSA moves to dismiss Count(s) _____
( ) Probation reinstated - Following is **ORDERED**:

Revised 12/28/98

FEB 04 2004 14:33 FR US J-MA WARRANTS 617 748 2579 TO 175655659 P.02

AO 442 (Rev. 5/93) Warrant for Arrest

FILED

# United States District Court

DISTRICT OF **MASSACHUSETTS**

2004 APR -6 P 12:36

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____

UNITED STATES OF AMERICA

V.

ELLSWORTH ROSTON

**WARRANT FOR ARREST**

CASE NUMBER: 04-10021-PBS

To: The United States Marshal
and any Authorized United States Officer **MJ- 04-2071**

YOU ARE HEREBY COMMANDED to arrest _____ Ellsworth Roston _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
making counterfeit obligations, uttering counterfeit obligations, possession of counterfeiting plates, and possession of counterfeit obligations

in violation of
Title ____18____ United States Code, Section(s) 471, 472, 474

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

JAN 28 2004

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Court Appearance | 4-7-04 at 11:00 AM |

This form was electronically produced by Elite Federal Forms, Inc.

** TOTAL PAGE.02 **

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO.: 04-10021-PBS
)
ELLSWORTH ROSTON )
) VIOLATIONS:
) 18 U.S.C. § 471 -
) Making Counterfeit Obligations
) 18 U.S.C. § 472 -
) Uttering Counterfeit
) Obligations
) 18 U.S.C. § 474 -
) Possession of Counterfeiting
) Plates
) 18 U.S.C. § 474 -
) Possession of Counterfeit
) Obligations

INDICTMENT

COUNT ONE: (18 U.S.C. § 471 - Making Counterfeit Obligations)

The Grand Jury charges that:

From on or about a date in 2001 to on or about March 31, 2003, at Quincy and elsewhere in the District of Massachusetts,

ELLSWORTH ROSTON,

defendant herein, did, with intent to defraud, falsely make, forge, and counterfeit various obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 471.

**COUNT TWO**: (18 U.S.C. § 472 - Uttering Counterfeit Obligations)

The Grand Jury further charges that:

In or about March 7, 2003, at Weymouth, in the District of Massachusetts,

**ELLSWORTH ROSTON**,

defendant herein, did, with intent to defraud, pass, utter, publish, and sell various falsely made, forged, and counterfeited obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 472.

04/06/04 10:37 Case 1:04-cr-10021-NG Document 3 Filed 04/12/2004 Page 12 of 15 ☒004
02/19/04 09:01 FAX 6175655565 FRESNO RA ☒005

02-18-2004 15:36 From-US ATTORNEYS OFFICE 6177483951 T-405 P.004/007 F-635

COUNT THREE: (18 U.S.C. § 472 - Uttering Counterfeit Obligations)

The Grand Jury further charges that:

In or about March 7, 2003, at Weymouth, in the District of Massachusetts,

ELLSWORTH ROSTON,

defendant herein, did, with intent to defraud, pass, utter, publish, and sell various falsely made, forged, and counterfeited obligations and other securities of the United States.

All in violation of Title 18, United States Code, Section 472.

COUNT FOUR: (18 U.S.C. § 474 - Possession of Counterfeiting Plates)

The Grand Jury further charges that:

On or about March 31, 2003, at Quincy, in the District of Massachusetts,

ELLSWORTH ROSTON,

defendant herein, did knowingly have in his control, custody, and possession plates, stones, and other things made after and in the similitude of one or more plates, stones, and other things from which an obligation and other security of the United States has been printed, with intent to use such plate, stone, and other things, and to suffer the same to be used, in forging and counterfeiting various obligations and securities of the United States.

All in violation of Title 18, United States Code, Section 474.

**COUNT FIVE**: (18 U.S.C. § 474 - Possession of Counterfeit Obligations)

The Grand Jury further charges that:

In or about March 31, 2003, at Quincy, in the District of Massachusetts,

**ELLSWORTH ROSTON**,

defendant herein, did knowingly have in his possession and custody, without authority from the Secretary of the Treasury and any other proper officer, various obligations and other securities of the United States, made and executed, in whole and in part, after the similitude of obligations and other securities issued under the authority of the United States, with intent to sell and otherwise use the same.

All in violation of Title 18, United States Code, Section 474.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS, *Jan. 28th*, 2004

Returned into the District Court by Grand Jurors and filed.

*[signature] Gina Affsa*
DEPUTY CLERK
*1/28/04 at 1:15 PM*