AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ELLSWORTH ROSTON

**WARRANT FOR ARREST**

CASE NUMBER: 04-10021-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ellsworth Roston**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
making counterfeit obligations, uttering counterfeit obligations, possession of counterfeiting plates, and possession of counterfeit obligations

in violation of
Title 18 United States Code, Section(s) 471, 472, 474

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____ by _____

Title of Issuing Officer

JAN 2 8 2004

Date and Location
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210
                                Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at |
|---|
| WARRANT EXECUTED BY U.S.S.S. BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 4/21/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.