```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**     )
                                 )     **CRIMINAL NO. 04-10021-PBS**
     **v.**                      )
                                 )
**ELLSWORTH ROSTON**             )

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully moves that this Court continue the status conference currently scheduled for September 21, 2004 to September 28, 2004 or to such other time as is convenient to the Court.  As grounds therefor, the United States states that the government needs to reexamine some evidence to facilitate a potential resolution of this matter short of trial and expects to be in a position to do so prior to September 28.

Defendant Ellsworth Roston, through counsel, has expressed his assent both to the allowance of this motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

        By:

                                        /s/ Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.:                                    Boston, Massachusetts
                                                 September 20, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Miriam Conrad, Esq., counsel for defendant Ellsworth Roston.


                                                 /s/ Robert E. Richardson
                                                 ROBERT E. RICHARDSON