UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL NO. 04-10021-PBS |
| v. | ) | |
| | ) | |
| **ELLSWORTH ROSTON** | ) | |

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully moves that this Court continue the status conference currently scheduled for October 5, 2004 to October 19, 2004 or to such other time as is convenient to the Court. As grounds therefor, the United States states that the parties intend during the intervening time to explore a resolution of this matter short of trial.

Defendant Ellsworth Roston, through counsel, has expressed his assent both to the allowance of this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                                    Boston, Massachusetts
                                                 October 5, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Miriam Conrad, Esq., counsel for defendant Ellsworth Roston.


                                           /s/ Robert E. Richardson
                                           ROBERT E. RICHARDSON