UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA        )
                                )
          V.                    )  CRIMINAL NO. 04-10021-PBS
                                )
ELLSWORTH ROSTON                )

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant, Ellsworth Roston, hereby moves that this Court continue the sentencing hearing now scheduled for January 10 for approximately two weeks.  As grounds for this motion, undersigned counsel states that the Court scheduled a short date at the request of undersigned counsel.  It now appears, in part as a result of difficulties in scheduling the presentence interview, that the current schedule will not allow a sufficient period of time for review and response to any objections.

Assistant U.S. Attorney Robert Richardson and U.S. Probation Officer Ina Howard Hogan have stated that they assent to this motion.

                           ELLSWORTH ROSTON
                           By his attorney:

                           /s/Miriam Conrad

                           MIRIAM CONRAD
                           B.B.O. # 550223
                           Federal Defender Office
                           408 Atlantic Ave, 3rd Floor
                           Boston, MA 02110
                           Tel: 617-223-8061

December 14, 2004