UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10021-PBS

v.

ELLSWORTH ROSTON

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                                     January 14, 2005

      The Sentencing previously scheduled for January 25, 2005, has been **rescheduled** to **March 8, 2005, at 3:30 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc