UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10021-PBS

v.

ELLSWORTH ROSTON

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                           March 2, 2005

      The Sentencing previously scheduled for March 8, 2005, has been **rescheduled** to **April 25, 2005, at 2:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc