

To Judge Catti B.

Your Honor:
    This letter is a personal
request in behalf of my son
Ellsworth J. Austin Docket no.
04CR10021. It ho will be appearing
before you for sentencing I
believe on April 25th 2005.

My request is that I was
informed that the Lt. A Conley
is presenting a secret motion
against him at that time.
I'm asking you if you will
disregard any motions that
will be detrimental to his
sentencing. I am his mother
asking for some leniency in
his case. Thank you
                Sincerely Barbara A Halliday