UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 04-10021-PBS |
| | ) | |
| ELLSWORTH GERALD ROSTON, | ) | |
| Defendant. | ) | |

**ORDER OF RECUSAL**

April 14, 2005

Saris, U.S.D.J.

In the interests of justice, I hereby recuse myself from the above proceeding. The reasons are under seal.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge