UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ELLSWORTH ROSTON

CRIMINAL ACTION
NO. 04-10021-PBS

## NOTICE OF CANCELLATION OF SENTENCING

SARIS, U.S.D.J.

April 14, 2005

TAKE NOTICE that the Sentencing in the above-entitled case scheduled for April 25, 2005, has been cancelled.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel