Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Ellsworth Roston          **Case Number:** 04-CR-10021

**Name of Sentencing Judicial Officer:** Honorable Nancy Gertner, U.S. District Judge

**Date of Original Sentence:** July 14, 2005

**Original Offense:** Making False Counterfeit Obligations, in violation of Title 18 U.S.C. §421; Uttering False Counterfeit Obligations, in violation of Title 18 § 472; Possession of Counterfeit Plates, in violation of Title 18 § 474 and Possession of Counterfeit Obligations, in violation of Title 18 § 474

**Original Sentence:** 51 months' custody, 3 years' supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** December 19, 2007

---

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years
[X] To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center up to 60 days or until an appropriate residence is approved by the U.S. Probation Office. The defendant shall observe all the rules of that facility.**

### CAUSE

Mr. Roston is scheduled to be released from custody on December 19, 2007. He has been unable to secure housing upon his release. The U.S. Probation Office believes that 60 days in a Residential Reentry Center would provide Mr. Roston with ample time to address his housing situation. Mr. Roston has agreed to this modification as indicated in the attached Probation Form 49.

| Reviewed/Approved by: | | Respectfully submitted, |
|---|---|---|
| /s/ Joseph LaFratta | By | /s/ Doris C. Fitzpatrick |
| Joseph LaFratta | | Doris C. Fitzpatrick |
| Supervising U.S. Probation Officer | | U.S. Probation Officer |
| | | Date: December 5, 2007 |

---

### THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Nancy Gertner
Signature of Judicial Officer

12/10/07
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall reside at a Residential Reentry Center up to 60 days or until an appropriate residence is approved by the U.S. Probation Office. The defendant shall observe all the rules of that facility.**

Witness: _[signature] Doris Fitzpatrick_   Signed: _[signature]_
         U.S. Probation Officer        Probationer or Supervised Releasee

                  _12/4/07_
                   DATE